In the Matter of The Health Department of the City of New York, Appellant, *v.* Frederick Dassori, Respondent, Impleaded with Others.

Reported below, 24 App. Div. 625.

(Argued April 18, 1898; decided April 26, 1898.)

Motion to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 12, 1898, purporting to amend *nunc pro tunc* an order of the same Appellate Division entered on or about October 25, 1897, reversing a judgment and granting a new trial, by inserting the words, "on a question of fact," after the words, "ordered that the said final order and the said judgment be and the same hereby are reversed."

The motion was made upon the ground that the order is not appealable to the Court of Appeals.

*F. R. Coudert, Jr.,* for motion.

*John Whalen* and *Roger Foster* opposed.

Motion denied, with ten dollars costs.